UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAROLYN JOHNSON,

        Plaintiff,

vs.                                               Case No. 8:99-CV-373-T-27TGW

JO ANNE B. BARNHART,
Commissioner of Social Security

        Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge (Dkt. 26) recommending that Plaintiff's counsel be awarded $1,687.50 in attorneys' fees pursuant to the Equal Access to Justice Act. Neither party filed written objections to the Report and Recommendation.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, this Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is

**ORDERED AND ADJUDGED** that:

1.     The Report and Recommendation of the Magistrate Judge (Dkt. 26) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2.     Plaintiff's Petition for Attorney's Fees (Dkt. 19) is **GRANTED**. Pursuant to the

`Case 8:99-cv-00373-JDW-TGW   Document 27   Filed 06/13/06   Page 2 of 2 PageID 69`

Equal Access to Justice Act, Defendant shall pay $1,687.50 in attorney's fees to Plaintiff.

**DONE AND ORDERED** in chambers this 12th day of June, 2006.

*/s/ Whittemore*
**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Counsel of Record